IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

14-mj-07005-BNB; Violation No. 2/4242297 and 4242298

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSIAH D. CISNEROS,

Defendant.

___

# ORDER
___

THIS MATTER comes before the court on the **Motion to Dismiss Violation Notices Without Prejudice** [Doc. # 16, filed 9/22/2014] (the "Motion to Dismiss").

IT IS ORDERED:

(1)     The Motion to Dismiss [Doc. # 16] is GRANTED, and this case is DISMISSED without prejudice.

(2)     The motions hearing set for October 2, 2014, and the bench trial set for November 3, 2014, are VACATED.

Dated September 25, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge